IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERIC DRAKE, § | |
|     PLAINTIFF, § | |
| § | |
| V. § | CIVIL CASE NO. 3:20-CV-0581-M-BK |
| § | |
| WALMART, INC., WAL-MART STORES § | |
| TEXAS LLC D/B/A WAL-MART STORES § | |
| TEXAS 2007 LLC, AZEB KABEBE, AND § | |
| TANIM ASHRAF, § | |
|     DEFENDANTS. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. The Court notes Plaintiff states he is a Georgia citizen, not a Texas citizen, and offers proof of same. This Court assumes that to be true, but it does not change the analysis. There is diversity of citizenship, and the amount in controversy was satisfied by the initial pleading. Except as to Plaintiff's citizenship, the objections are thus overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's Motion to Remand is **DENIED**.

SO ORDERED this 15th day of June, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE