IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERIC DRAKE, § | |
| PLAINTIFF, § | |
| § | |
| v. § | CASE NO. 3:20-CV-581-M-BK |
| § | |
| WALMART INC., ET AL., § | |
| DEFENDANTS. § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case. It is therefore ORDERED, ADJUDGED AND DECREED that this case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 8th day of March, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE